# UNITED STATES DISTRICT COURT
## for
# NEW MEXICO

**U.S.A.** vs **Crystal Torres**                    **Docket No. 1:13CR00334-MV**

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Jason Beaty** – United States Probation Officer presenting an official report upon the conduct of defendant **Crystal Torres**, who was placed under pretrial release supervision by the **Honorable Alan C. Torgerson, United States Magistrate Judge**, sitting in the court at **Albuquerque, New Mexico** on February 15, 2013, with conditions which included the following:

1.  (7)(m) Not use or unlawfully possess a narcotic drug or other controlled substance defined in 21 U.S.C. 802, unless prescribed by a licensed medical practitioner;

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

1.  On July 17, 2013, the defendant submitted a random urine specimen for testing. On July 19, 2013, the results of the urine test were received, which reflected a positive result for presence of cocaine. On July 22, 2013, the urine specimen was sent for confirmation testing. On July 24, 2013, the defendant admitted to licking cocaine residue out of a baggie. On July 25, 2013, the urine specimen was confirmed positive for the presence of cocaine. Additionally, on July 24, 2013, the defendant submitted a urine specimen for testing. On July 26, 2013, the results of the urine test were received, which reflected a positive result for the presence of cocaine.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **July 31, 2013**

Jason Beaty
**Senior United States Probation Officer**

Place: **Albuquerque, New Mexico**